FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAYNE RICHARD SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>POYNOR and ABERCROMBIE,<br><br>　　　　　　Defendants. | No.　4:22-cv-05065-MKD<br><br>PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN |

On March 29, 2023, the Court held a discovery hearing in this matter. Plaintiff, Layne Richard Smith, appeared *pro se*. Taylor Hennessey appeared on behalf of Defendants. The Court has reviewed Plaintiff's brief, ECF No. 19, and defense counsel's letter, ECF No. 18, and has heard from Plaintiff and defense counsel on the matter and is fully informed. The Court finds good cause for entering a protective order.

DISCOVERY ORDER- 1

**IT IS ORDERED:**

1. Defense counsel shall make the security camera footage available to Plaintiff for his viewing at the Monroe Correctional Complex. Plaintiff may request to view the footage but shall not be provided with a copy of the footage for his own possession.

2. Plaintiff shall be allowed to view the footage in a secure location. Plaintiff shall be allowed to view the footage an unlimited number of times and to take notes.

3. Plaintiff shall not discuss the content of the footage, nor share his notes regarding the footage, with anyone who is not a party to this litigation.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to Plaintiff and counsel.

**DATED** March 31, 2023.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

DISCOVERY ORDER- 2